Pro Se 1 2016

1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        WESTERN DISTRICT OF WASHINGTON

**18-CV-01170 JCC**

8    Roger Lamar Williams II                 CASE NO. _____
                                              [to be filled in by Clerk's Office]
9    _____
                                              COMPLAINT FOR A CIVIL CASE
10   _____,
                                              Jury Trial: ☐ Yes   ☐ No
11                      Plaintiff(s),
           v.
12
     City of Seattle, Q. Martin, R. Behn      ___ FILED      ___ ENTERED
13                                            ___ LODGED    ___ RECEIVED
     Kimberly Sharkey, William C
14                                                 AUG 09 2018        CA
     Schwarz, Kallie Ferguson        ,
15                                                    AT SEATTLE
                        Defendant(s).            CLERK U.S. DISTRICT COURT
                                              WESTERN DISTRICT OF WASHINGTON
16                                            BY                        DEPUTY

17              I.    THE PARTIES TO THIS COMPLAINT

18   A.    Plaintiff(s)

19      *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

20
          Name                    Roger Lamar Williams II
21        Street Address          10885 Dixon Drive S
22        City and County         Seattle   King County
          State and Zip Code      WA  98178
23        Telephone Number        (206) 775-0351

24

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.   Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | City of Seattle |
| Job or Title *(if known)* | |
| Street Address | 600 4th Avenue |
| City and County | Seattle   King County |
| State and Zip Code | WA  98104 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | Q. Martin |
| Job or Title *(if known)* | SPD Officer (#7696) |
| Street Address | 610 5th Avenue |
| City and County | Seattle  King County |
| State and Zip Code | Washington  98104 |
| Telephone Number | 206-625-5011 |

Defendant No. 3

| | |
|---|---|
| Name | R. Behn |
| Job or Title *(if known)* | SPD Officer (#7717) |
| Street Address | 610 5th Avenue |
| City and County | Seattle  King County |
| State and Zip Code | Washington  98104 |
| Telephone Number | 206-625-5011 |

COMPLAINT FOR A CIVIL CASE - 2

1  Defendant No. 4

2  Name                         Kimberly Sharkey
3  Job or Title (if known)      Public Defender - TDA
4  Street Address               810 3rd Ave, Ste. 800
5  City and County              Seattle, King County
   State and Zip Code           Washington 98104
6  Telephone Number             206-477-8700

7
8  Defendant No. 5

9  Name                         William C. Schwarz
   Job or Title (if known)      Public Defender – Northwest Public Defense
10 Street Address               1109 First Avenue, Suite 300
11 City and County              Seattle, King County
   State and Zip Code           Washington 98101
12 Telephone Number             206-674-4700

13
14 Defendant No. 6

15 Name                         Kallie Ferguson
16 Job or Title (if known)      Public Defender - TDA
17 Street Address               1109 First Ave Suite 300
   City and County              Seattle, King County
18 State and Zip Code           Washington 98101
19 Telephone Number             206-477-8475

20
21
22         **II.    BASIS FOR JURISDICTION**
23
   Federal courts are courts of limited jurisdiction (limited power). Generally, only two
24
   types of cases can be heard in federal court: cases involving a federal question and cases

COMPLAINT FOR A CIVIL CASE - 3

involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*check all that apply*)

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

<u>42 U.S.C.</u> § 1983 – Deprivation of any rights, privileges, or immunities secured, or immunities secured by the Consititution and federal laws

1.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

$80,000.00 Civil Rights claim

### III.  STATEMENT OF CLAIM

On March 29, 2016, I was stopped by SPD Officer Behn in the city of Seattle for driving under the influence. I do not have any other driving under the influence charges or allegations in my lifetime. On that date, I was taken into the Seattle Police station and consented to a breath test. However, the readings were not coming out as the officers had expected and they did not

record the numbers the machine was registering for the second sample as indicated in the police report it was recorded as an invalid sample and mistakenly marked off that I refused. I did provide a second sample as shown on the recording. The officer incorrectly marked the DUI report as a refusal. Officer Behn never tried to give me a sobriety test.

Due to the "invalid samples," I was taken to Harborview for further testing. There was no paperwork filled out at this time as there should have been. It was filled out later after I was taken home. The doctors did not sign the paperwork and SPD signed in their stead. There are wrong dates on the paperwork. There was no paperwork given to me to sign. The officers just wrote down that I was handcuffed. After giving a blood sample, I was taken to my home.

My paperwork was not completed correctly and I did not receive copies of my paperwork that I should have been released with until a week before trial after being incarcerated. Charges were filed on March 31, 2016. I never received a ticket with a court date. The officer completed the ticket later, putting an incorrect date of March 3, 2016 on the citation ticket for the DUI. As such, I missed the hearing and a $15,000 warrant was issued for my arrest for my arrest on a first time DUI charge because the judge thought that I must have had 2 DUI arrests within 9 days when in fact, there hadn't been a hearing yet on my first charge.

On April 9, 2016, the police saw me at the park and arrested me on the warrant from the missed court date that I was unaware of. I was booked into jail with a $15,000 warrant. I am indigent and was unable to post that amount, leaving me stranded in jail until June 2, 2016. The judge issued this warrant because he thought I may have received two DUIs in a short time period due to Officer Behn writing the wrong date on the citation.

Evidence was not provided in my case during discovery in a timely manner. While I was in jail, they found the video and provided it about mid to end of May but were still looking for more evidence against me at that time. They ran out of time to bring the blood sample in as

COMPLAINT FOR A CIVIL CASE - 5

evidence. The blood sample was not mine as it did not have any of my prescription medications in the toxicology report. I believe they forged the nurses signature. I never signed the receipt. I never received a receipt of the blood sample until a week before trial as my 60 days were almost up.

Before being arrested, I properly requested a hearing with the Department of Licensing to address my license suspension. I was granted a hearing date. However, when I was taken into custody I missed my hearing date, causing a default judgment to be entered against me even though it was clearly not a refusal. I also missed my deadlines to appeal or ask for a motion to reconsider for my license because I was still being held in-custody.

Ultimately, my charge was reduced to reckless endangerment and I entered into a plea on August 16,2016. On that date, Judge Donohue issued an agreed order declaring that my DUI was never supposed to be a refusal and the refusal box was checked in error. However, DOL has refused to give me a new hearing or consider any of the evidence. Officer Behn has also refused to correct any paperwork.

Because Officer Behn did not give me a court date immediately, I missed my hearing date, causing a warrant to be issued and causing me to be held in jail for 59 days on my first time DUI charge. Proper procedures for were not followed while obtaining my breathalyzer and blood sample. I set this case for trial, but the City of Seattle did not provide all of the evidence in my case until a week before trial. Sentencing guidelines for a first time offense were not followed and I ended up spending more time in jail than I would have if I had been convicted of a DUI. I had 3 different public defenders and saw 3 judges and believe my civil rights were violated.

I also lost my license and my ability to correct my license suspension because of Officer Behn's mistakes. Officer Behn's mistakes caused me to lose my job, prevented me from seeing my kids on a regular basis, and severely restricted my ability to get around and take care of daily

COMPLAINT FOR A CIVIL CASE - 6

Case 2:18-cv-01170-JCC   Document 1-1   Filed 08/09/18   Page 7 of 8
Pro Se 1 2016

business. I am disabled and unable to walk far distances and my vehicle is very important in being able to get to doctors' appointments, the grocery store, and other necessary appointments. Being disabled and on disability, I am also unable to afford the extra SR-22 insurance or retake the driver's test to get my license back. While in jail, I was also not receiving proper pain medication, which caused great physical pain, all of this stemming from the City's errors.

## IV.     RELIEF

I am seeking damages both actual and punitive for the violation of my civil rights. I was denied my freedom. I lost my part time job which I could earn $500 to $600 per month, I owe Social Security an overpayment of $993.61. I lost my drivers license and can not afford the increased car insurance required due to defendant's actions. I was not given proper pain medication in jail. Being a chronic pain patient, it has caused me a lot of undue burdens and pain and suffering.

## V.     CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

1     I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/9/18

Signature of Plaintiff    *Roger R. Williams II*

Printed Name of Plaintiff    ROGER L. WILLIAMS II

COMPLAINT FOR A CIVIL CASE - 8