UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER LAMAR WILLIAMS, II,

                    Plaintiff,

   v.

CITY OF SEATTLE, et al.,

                    Defendants.

CASE NO. 2:18-cv-1170-JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

      DATED this 13th day of August, 2018.


                              BRIAN A. TSUCHIDA
                              Chief United States Magistrate Judge