Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

18-CV-01170 JCC

Roger Lamar Williams II _____

_____

_____,

                  Plaintiff(s),

   v.

City of Seattle, Q. Martin, R. Behn ____

Kimberly Sharkey, William C _____

Schwarz, Kallie Ferguson _____,

                Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes   ☐ No

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

AUG 09 2018    CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

   *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Roger Lamar Williams II |
| Street Address | 10885 Dixon Drive S |
| City and County | Seattle   King County |
| State and Zip Code | WA  98178 |
| Telephone Number | (206) 775-0351 |

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B. `    Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | City of Seattle |
| Job or Title *(if known)* | |
| Street Address | 600 4th Avenue |
| City and County | Seattle   King County |
| State and Zip Code | WA  98104 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | Q. Martin |
| Job or Title *(if known)* | SPD Officer (#7696) |
| Street Address | 610 5th Avenue |
| City and County | Seattle  King County |
| State and Zip Code | Washington  98104 |
| Telephone Number | 206-625-5011 |

Defendant No. 3

| | |
|---|---|
| Name | R. Behn |
| Job or Title *(if known)* | SPD Officer (#7717) |
| Street Address | 610 5th Avenue |
| City and County | Seattle  King County |
| State and Zip Code | Washington  98104 |
| Telephone Number | 206-625-5011 |

Pro Se 1 2016

Defendant No. 4

| | |
|---|---|
| Name | Kimberly Sharkey |
| Job or Title *(if known)* | Public Defender - TDA |
| Street Address | 810 3rd Ave, Ste. 800 |
| City and County | Seattle,   King County |
| State and Zip Code | Washington  98104 |
| Telephone Number | 206-477-8700 |

Defendant No. 5

| | |
|---|---|
| Name | William C. Schwarz |
| Job or Title *(if known)* | Public Defender – Northwest Public Defense |
| Street Address | 1109 First Avenue, Suite 300 |
| City and County | Seattle,   King County |
| State and Zip Code | Washington  98101 |
| Telephone Number | 206-674-4700 |

Defendant No. 6

| | |
|---|---|
| Name | Kallie Ferguson |
| Job or Title *(if known)* | Public Defender - TDA |
| Street Address | 1109 First Ave Suite 300 |
| City and County | Seattle,  King County |
| State and Zip Code | Washington  98101 |
| Telephone Number | 206-477-8475 |

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two

types of cases can be  heard in federal court: cases involving a federal question and cases

COMPLAINT FOR A CIVIL CASE - 3

1   involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under

2   the United States Constitution or federal laws or treaties is a federal question case.  Under 28

3   U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

4   the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of

5   citizenship case, no defendant may be a citizen of the same State as any plaintiff.

6          What is the basis for federal court jurisdiction?  (*check all that apply*)

7          ☒   Federal question              ☐   Diversity of citizenship

8          Fill out the paragraphs in this section that apply to this case.

9   A.     If the Basis for Jurisdiction Is a Federal Question

10         List the specific federal statutes, federal treaties, and/or provisions of the United States

11  Constitution that are at issue in this case.

12         42 U.S.C. § 1983 – Deprivation of any rights, privileges, or immunities secured, or

13  immunities secured by the Consititution and federal laws

14

15         1.     The Amount in Controversy.

16         The amount in controversy-the amount the plaintiff claims the defendant owes or the

17  amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

18         $80,000.00 Civil Rights claim

19

20              **III.    STATEMENT OF CLAIM**

21         On March 29, 2016, I was stopped by SPD Officer Behn in the city of Seattle for driving

22  under the influence.  I do not have any other driving under the influence charges or allegations in

23  my lifetime.  On that date, I was taken into the Seattle Police station and consented to a breath

24  test.  However, the readings were not coming out as the officers had expected and they did not

COMPLAINT FOR A CIVIL CASE - 4

1  record the numbers the machine was registering for the second sample as indicated in the police

2  report it was recorded as an invalid sample and mistakenly marked off that I refused.  I did

3  provide a second sample as shown on the recording. The officer incorrectly marked the DUI

4  report as a refusal.  Officer Behn never tried to give me a sobriety test.

5       Due to the "invalid samples," I was taken to Harborview for further testing.  There was

6  no paperwork filled out at this time as there should have been.  It was filled out later after I was

7  taken home.  The doctors did not sign the paperwork and SPD signed in their stead.  There are

8  wrong dates on the paperwork.  There was no paperwork given to me to sign.  The officers just

9  wrote down that I was handcuffed. After giving a blood sample, I was taken to my home.

10      My paperwork was not completed correctly and I did not receive copies of my paperwork

11 that I should have been released with until a week before trial after being incarcerated.

12 Charges were filed on March 31, 2016.  I never received a ticket with a court date.  The officer

13 completed the ticket later, putting an incorrect date of March 3, 2016 on the citation ticket for the

14 DUI.  As such, I missed the hearing and a $15,000 warrant was issued for my arrest for my arrest

15 on a first time DUI charge because the judge thought that I must have had 2 DUI arrests within 9

16 days when in fact, there hadn't been a hearing yet on my first charge.

17      On April 9, 2016, the police saw me at the park and arrested me on the warrant from the

18 missed court date that I was unaware of.  I was booked into jail with a $15,000 warrant.  I am

19 indigent and was unable to post that amount, leaving me stranded in jail until June 2, 2016.  The

20 judge issued this warrant because he thought I may have received two DUIs in a short time

21 period due to Officer Behn writing the wrong date on the citation.

22      Evidence was not provided in my case during discovery in a timely manner.   While I was

23 in jail, they found the video and provided it about mid to end of May but were still looking for

24 more evidence against me at that time.  They ran out of time to bring the blood sample in as

1  evidence.  The blood sample was not mine as it did not have any of my prescription medications

2  in the toxicology report.  I believe they forged the nurses signature.  I never signed the receipt.  I

3  never received a receipt of the blood sample until a week before trial as my 60 days were almost

4  up.

5       Before being arrested, I properly requested a hearing with the Department of Licensing to

6  address my license suspension.  I was granted a hearing date.  However, when I was taken into

7  custody I missed my hearing date, causing a default judgment to be entered against me even

8  though it was clearly not a refusal.  I also missed my deadlines to appeal or ask for a motion to

9  reconsider for my license because I was still being held in-custody.

10      Ultimately, my charge was reduced to reckless endangerment and I entered into a plea on

11 August 16,2016.  On that date, Judge Donohue issued an agreed order declaring that my DUI

12 was never supposed to be a refusal and the refusal box was checked in error.  However, DOL has

13 refused to give me a new hearing or consider any of the evidence.  Officer Behn has also refused

14 to correct any paperwork.

15      Because Officer Behn did not give me a court date immediately, I missed my hearing

16 date, causing a warrant to be issued and causing me to be held in jail for 59 days on my first time

17 DUI charge. Proper procedures for were not followed while obtaining my breathalyzer and blood

18 sample.  I set this case for trial, but the City of Seattle did not provide all of the evidence in my

19 case until a week before trial.  Sentencing guidelines for a first time offense were not followed

20 and I ended up spending more time in jail than I would have if I had been convicted of a DUI.  I

21 had 3 different public defenders and saw 3 judges and believe my civil rights were violated.

22       I also lost my license and my ability to correct my license suspension because of Officer

23 Behn's mistakes.  Officer Behn's mistakes caused me to lose my job, prevented me from seeing

24 my kids on a regular basis, and severely restricted my ability to get around and take care of daily

*Pro Se 1 2016*

1  business.  I am disabled and unable to walk far distances and my vehicle is very important in

2  being able to get to doctors' appointments, the grocery store, and other necessary appointments.

3  Being disabled and on disability, I am also unable to afford the extra SR-22 insurance or retake

4  the driver's test to get my license back.  While in jail, I was also not receiving proper pain

5  medication, which caused great physical pain, all of this stemming from the City's errors.

6

7  ### IV.    RELIEF

8  I am seeking damages both actual and punitive for the violation of my civil rights.  I was

9  denied my freedom.  I lost my part time job which I could earn $500 to $600 per month, I owe

10  Social Security an overpayment of $993.61.  I lost my drivers license and can not afford the

11  increased car insurance required due to defendant's actions.  I was not given proper pain

12  medication in jail.  Being a chronic pain patient, it has caused me a lot of undue burdens and pain

13  and suffering.

14  ### V.    CERTIFICATION AND CLOSING

15  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

16  knowledge, information, and belief that this complaint: (1) is not being presented for an improper

17  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

18  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

19  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

20  identified, will likely have evidentiary support after a reasonable opportunity for further

21  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

22  Rule 11.

23

24

Pro Se 1 2016

1    I agree to provide the Clerk's Office with any changes to my address where case-related

2 papers may be served. I understand that my failure to keep a current address on file with the

3 Clerk's Office may result in the dismissal of my case.

4     Date of signing:          8/9/18

5     Signature of Plaintiff     Roger R. Williams II

6     Printed Name of Plaintiff   ROGER L. WILLIAMS II

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 8