THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER LAMAR WILLIAMS II, | CASE NO. C18-1170-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF SEATTLE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a 42 U.S.C. § 1983 civil rights complaint against Defendants. (Dkt. No. 3.) On August 29, 2018, the Court declined to serve Plaintiff's complaint but granted him leave to file an amended complaint. (Dkt. No. 4.) Any amended complaint was due within 30 days after the Court's order was issued. (*Id*.) Plaintiff has not filed an amended complaint. Plaintiff is ORDERED to show cause why his claims should not be dismissed for failure to prosecute. Plaintiff shall file a response with the Court within 14 days from the issuance of this order.

\\
\\
\\

MINUTE ORDER
C18-1170-JCC
PAGE - 1

1       DATED this 2nd day of November 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk