# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ROGER LAMAR WILLIAMS II,<br><br>      Plaintiff,<br> v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-1170-JCC |

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ORDERED that:

Plaintiff's complaint is DISMISSED without prejudice.

DATED this 6th day of November 2018.

                WILLIAM M. MCCOOL
                Clerk of Court

                /s/ *Tomas Hernandez*
                Deputy Clerk